Melissa ANNE DAVIS - T 831654
Name and Prisoner/Booking Number

Estrella Detention Facility
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

```
┌──────────────────────────────────┐
│ ☒ FILED        ___ LODGED        │
│ ___ RECEIVED   ___ COPY          │
│                                  │
│        MAY 2 5 2023              │
│                                  │
│  CLERK U S DISTRICT COURT        │
│     DISTRICT OF ARIZONA          │
│  BY                    DEPUTY    │
└──────────────────────────────────┘
```

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE LRCivP5.4
(Rule Number/Section)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Melissa ANNE DAVIS
(Full Name of Plaintiff)

　　　　　　　　　　　Plaintiff,

v.

(1) PAUL PENZONE Et. AL
(Full Name of Defendant)

(2) Correctional Health

(3) _____

(4) _____

　　　　　　　　　Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV23-00924-PHX-SPL--MTM**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.　JURISDICTION

1.　This Court has jurisdiction over this action pursuant to:
　　☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
　　☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
　　☐ Other:_____

2.　Institution/city where violation occurred: Estrella Dention Facility

3.　Phoenix, Arizona [85009]

Revised 12/1/20

1

**550/555**

## B.  DEFENDANTS

1. Name of first Defendant: _Paul Panzone_ . The first Defendant is employed as: _Sheriff of Maricopa County_ at _Maricopa County Sheriff office_
   (Position and Title)                    (Institution)

2. Name of second Defendant: _Andy_ . The second Defendant is employed as: _Provider      Facility Doctor_ at _Estrella Detention Facility_
   (Position and Title)                    (Institution)

3. Name of third Defendant:_____ . The third Defendant is employed as:_____ at _____
   (Position and Title)                    (Institution)

4. Name of fourth Defendant:_____ . The fourth Defendant is employed as:_____ at _____
   (Position and Title)                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?        ☐ Yes        ☒ No

2. If yes, how many lawsuits have you filed?_____ . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties:_____ v. _____
      2. Court and case number:_____
      3. Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

   b. Second prior lawsuit:
      1. Parties:_____ v. _____
      2. Court and case number:_____
      3. Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

   c. Third prior lawsuit:
      1. Parties:_____ v. _____
      2. Court and case number:_____
      3. Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.   CAUSE OF ACTION

### COUNT I

1.   State the constitutional or other federal civil right that was violated: Eighth Admendment
cruel & unusual punishment

2.   **Count I.**   Identify the issue involved.   Check **only one.**   State additional issues in separate counts.

☑ Basic necessities          ☐ Mail                  ☐ Access to the court          ☐ Medical care
☐ Disciplinary proceedings   ☐ Property              ☐ Exercise of religion         ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other:_____

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Count I.   Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Unconstitutional and illegal conditions. Black mold in all of the showers. Black mold in and on the sinks.
The fans are turned on nightly and black mold spores are blown around.
Basic necessities of delapitated Shelter and molded Bread and day old food

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

Tort - Mental & Emotinal Injury

5.   **Administrative Remedies:**
    a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                         ☑ Yes     ☐ No
    b.   Did you submit a request for administrative relief on Count I?                              ☐ Yes     ☑ No
    c.   Did you appeal your request for relief on Count I to the highest level?                     ☐ Yes     ☑ No
    d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Because the appeal process for the Facility is stopped at the Sgt level.

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: _Eighth Admendment Cruel & unusual punishment_

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

   ☐ Basic necessities                    ☐ Mail              ☐ Access to the court        ☒ Medical care
   ☐ Disciplinary proceedings             ☐ Property          ☐ Exercise of religion       ☐ Retaliation
   ☐ Excessive force by an officer        ☐ Threat to safety  ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _Refused to provide me A asthma inhaler and suffered from panic attacks_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   _Tort - Emotional, Mental, injury_

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                   ☐ Yes  ☒ No
   2. Did you submit a request for administrative relief on Count II?              ☐ Yes  ☒ No
   3. Did you appeal your request for relief on Count II to the highest level?     ☐ Yes  ☒ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _The facility does not have grievance procedure for medical_

4

**COUNT III**

1.  State the constitutional or other federal civil right that was violated: _____
_____

2.  **Count III.** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation
☐ Excessive force by an officer      ☐ Threat to safety      ☐ Other:_____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.  **Administrative Remedies.**
    1.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☐ Yes    ☐ No
    2.  Did you submit a request for administrative relief on Count III?      ☐ Yes    ☐ No
    3.  Did you appeal your request for relief on Count III to the highest level?      ☐ Yes    ☐ No
    4.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

Do to deplorable conditions and food that is clearly not
meant for human consumption.
Molded Food - Black mold raising
Claim of Relief a monetary amount of $65,000

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May 16, 2023
           DATE                                       SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney=s address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may
attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable.
If you attach additional pages, be sure to identify which section of the complaint is being continued and number
all pages.

6