# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Anne Davis, | **NO. CV-23-00924-PHX-SPL (MTM)** |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Paul Penzone, et al., | |
| Defendants. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed November 14, 2023, Plaintiff to take nothing, and the complaint and action are dismissed with prejudice for failure to state a claim.  This dismissal may count as a "strike" under 28 U.S.C. § 1915(g).

Debra D. Lucas
District Court Executive/Clerk of Court

December 28, 2023

By    s/ K. James
Deputy Clerk